| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CAPSTONE PEDIATRICS, PLLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AthenaHealth 311 Arsenal St Watertown, MA 02472 | | Electronic health record system, claims billing and collections service | | | | $374,826.78 |
| Butler Snow LLP 150 3rd Ave S Ste 1600 Nashville, TN 37201 | | Legal fees | | | | $64,612.59 |
| CAM Realty Co/Realty Group North 109 Montgomery Ave Ste 102 Scarsdale, NY 10583 | | Unpaid Rent 5003 Crossing Cir Mt Juliet TN | | | | $166,073.00 |
| Cushman Wakefield/HCA PO Box 281166 Atlanta, GA 30384 | | Unpaid Rent 343 Franklin Rd Brentwood TN | | | | $139,279.64 |
| Eddie Hamilton 4822 Post Rd Nashville, TN 37205 | | Purchase of pediatric medical practice | | | | $3,357,178.39 |
| EDH Gateway Center Leap Soultions 213 W Maplewood Ln Ste 350 Nashville, TN 37207 | | Unpaid Rent 1155 Kennedy Dr Murfreesboro TN | | | | $104,712.20 |
| ELLKAY Inc. 259 Cedar Ln Teaneck, NJ 07666 | | Data conversion fees for electronic health records | | | | $44,080.00 |
| GSK GlaxoSmithKline Pharmaceuticals PO Box 740415 Atlanta, GA 30374-0415 | | Vaccines | | | | $29,962.11 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | CAPSTONE PEDIATRICS, PLLC | | | Case number (if known) | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hamilton Young Building Leap Solutions 213 W Maplewood Ln Ste 350 Nashville, TN 37207 | | Unpaid Rent 800 Weatherly Dr Clarksville TN | | | | $111,900.71 |
| Holladay Properties MOB 147 of Tennessee PO Box 404485 Atlanta, GA 30384 | | Unpaid Rent 3443 Dickerson Rd Nashville TN | | | | $30,626.17 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | Federal Income, Social Security, Medicare | | | | $1,277,270.52 |
| McKesson Medical Surgical PO Box 634404 Cincinnati, OH 45263-4404 | | Medical supplies | | | | $126,660.17 |
| Merck PO Box 5254 Carol Stream, IL 60197-5254 | | Vaccines | | | | $234,398.34 |
| NextGen Healthcare/Quality Systems Inc. PO Box 809390 Chicago, IL 60680 | | Electronic health record system | | | | $298,608.15 |
| Pfizer PO Box 100539 Atlanta, GA 30384-0539 | | Vaccines | | | | $105,565.31 |
| PSS Physician Sales & Service Inc. 4105 Royal Dr Ste 600 Kennesaw, GA 30144 | | Medical supplies and vaccines | | | | $304,517.81 |
| Sanofi Pasteur Inc. 12458 Collections Center Dr Chicago, IL 60693 | | Vaccines | | | | $204,926.93 |
| United Healthcare Insurance Company | | Employee benefits | | | | $54,380.22 |
| VIII FS - Nashville 4678 World Parkway Cir Saint Louis, MO 63134 | | Unpaid Rent 330 Wallace Rd Nashville TN | | | | $139,182.90 |

| Debtor | CAPSTONE PEDIATRICS, PLLC | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Windrose 310 Properties Healthcare Property Managers of America Dept 730034 PO Box 660919 Dallas, TX 75266-0919** | | **Unpaid Rent 310 25th Ave N Nashville TN** | | | | **$112,553.96** |