# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:15-9031 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## NOTICE OF FILING BUDGET

Debtor Capstone Pediatrics, PLLC hereby files the cash budget ("Budget") attached hereto in support of, and pursuant to, the *Expedited Motion for Entry of Order Authorizing Use of Cash Collateral* (Docket No. 7) and the *Expedited Motion for Authorization to Pay Prepetition Wages, Compensation and Employee Benefits* (Docket No. 10). The Debtor has previously represented that it will file a Budget prior to a hearing on these motions. The Debtor seeks to use cash collateral pursuant to these motions, and in accordance with the Budget, on an interim and final basis during the pendency of this bankruptcy case.

Respectfully submitted,

/s/ Griffin S. Dunham
Griffin S. Dunham
Elliott Warner Jones
Emerge Law PLC
2021 Richard Jones Road, Suite 240
Nashville, TN 37215
615.953.2682
Fax: 615.953.2955
griffin@emergelaw.net
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

On December 22, 2015, the foregoing was served via CM/ECF on all parties consenting to electronic service in this case, and by regular mail, fax, or email (as applicable) to (i) the Debtor's twenty largest creditors, (ii) the Office of the United States Trustee, and (iii) all secured creditors.

/s/ Griffin S. Dunham
Griffin S. Dunham

## Capstone Pediatrics
### Income Statements - Cash Basis
### For Five Months Ending May 31, 2016

| | Jan-2016 | | Feb-2016 | | Mar-2016 | | Apr-2016 | | May-2016 | | May YTD-2016 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ | % | $ | % | $ | % | $ | % | $ | % | $ | % |
| **Net revenues** | | | | | | | | | | | | |
| Patient revenues | $ 1,033,884 | - | $ 1,085,578 | - | $ 1,137,272 | - | $ 1,085,578 | - | $ 1,085,578 | - | $ 5,427,891 | - |
| **Total net revenues** | $ 1,033,884 | 100.0 | $ 1,085,578 | 100.0 | $ 1,137,272 | 100.0 | $ 1,085,578 | 100.0 | $ 1,085,578 | 100.0 | $ 5,427,891 | 100.0 |
| **Operating expenses** | | | | | | | | | | | | |
| Salaries & wages | | | | | | | | | | | | |
| Provider - MD | 290,813 | 28.1 | 193,875 | 17.9 | 193,875 | 17.0 | 193,875 | 17.9 | 193,875 | 17.9 | **1,066,315** | **19.6** |
| Provider - NP | 153,703 | 14.9 | 153,703 | 14.2 | 153,703 | 13.5 | 153,703 | 14.2 | 153,703 | 14.2 | **768,516** | **14.2** |
| Clinical | 86,328 | 8.3 | 86,328 | 8.0 | 86,328 | 7.6 | 86,328 | 8.0 | 86,328 | 8.0 | **431,639** | **8.0** |
| Admin | 225,174 | 21.8 | 202,393 | 18.6 | 202,393 | 17.8 | 202,393 | 18.6 | 202,393 | 18.6 | **1,034,745** | **19.1** |
| Total salaries & wages | 756,018 | 73.1 | 636,299 | 58.6 | 636,299 | 55.9 | 636,299 | 58.6 | 636,299 | 58.6 | **3,301,215** | **60.8** |
| Payroll taxes & benefits | | | | - | | - | | - | | - | | |
| Payroll taxes | 58,023 | 5.6 | 48,864 | 4.5 | 48,864 | 4.3 | 48,864 | 4.5 | 48,864 | 4.5 | **253,480** | **4.7** |
| Insurance | 30,716 | 3.0 | 27,970 | 2.6 | 27,970 | 2.5 | 27,970 | 2.6 | 27,970 | 2.6 | **142,596** | **2.6** |
| 401k | - | - | - | - | - | - | - | - | - | - | **-** | **-** |
| Total payroll taxes & benefits | 88,739 | 8.6 | 76,834 | 7.1 | 76,834 | 6.8 | 76,834 | 7.1 | 76,834 | 7.1 | **396,076** | **7.3** |
| Salary wages & benefits | 844,757 | 81.7 | 713,133 | 65.7 | 713,133 | 62.7 | 713,133 | 65.7 | 713,133 | 65.7 | **3,697,290** | **68.1** |
| Facility rent | 79,730 | 7.7 | 79,730 | 7.3 | 79,730 | 7.0 | 79,730 | 7.3 | 79,730 | 7.3 | **398,649** | **7.3** |
| Vaccines | 25,000 | 2.4 | 25,000 | 2.3 | 25,000 | 2.2 | 25,000 | 2.3 | 25,000 | 2.3 | **125,000** | **2.3** |
| Medical supplies | 14,257 | 1.4 | 14,257 | 1.3 | 14,257 | 1.3 | 14,257 | 1.3 | 14,257 | 1.3 | **71,284** | **1.3** |
| Billing and software costs | 88,397 | 8.6 | 92,817 | 8.6 | 97,217 | 8.6 | 92,817 | 8.6 | 92,817 | 8.6 | **464,085** | **8.6** |
| Telephone | 7,510 | 0.7 | 7,510 | 0.7 | 7,510 | 0.7 | 7,510 | 0.7 | 7,510 | 0.7 | **37,550** | **0.7** |
| Managed IT services | 7,608 | 0.7 | 7,608 | 0.7 | 7,608 | 0.7 | 7,608 | 0.7 | 7,608 | 0.7 | **38,040** | **0.7** |
| Network communication | 19,992 | 1.9 | 19,992 | 1.8 | 19,992 | 1.8 | 19,992 | 1.8 | 19,992 | 1.8 | **99,959** | **1.8** |
| Marketing & advertising | - | - | - | - | - | - | - | - | - | - | **-** | **-** |
| Insurance - malpractice | 6,627 | 0.6 | 6,627 | 0.6 | 6,627 | 0.6 | 6,627 | 0.6 | 6,627 | 0.6 | **33,135** | **0.6** |
| Insurance - other | 5,869 | 0.6 | 5,869 | 0.5 | 5,869 | 0.5 | 5,869 | 0.5 | 5,869 | 0.5 | **29,343** | **0.5** |
| Legal fees | 6,000 | 0.6 | 6,000 | 0.6 | 6,000 | 0.5 | 6,000 | 0.6 | 6,000 | 0.6 | **30,000** | **0.6** |
| Answering service | 6,461 | 0.6 | 6,461 | 0.6 | 6,461 | 0.6 | 6,461 | 0.6 | 6,461 | 0.6 | **32,305** | **0.6** |
| Janitorial cleaning service | 6,200 | 0.6 | 6,200 | 0.6 | 6,200 | 0.5 | 6,200 | 0.6 | 6,200 | 0.6 | **31,000** | **0.6** |
| Courier service | 2,820 | 0.3 | 2,820 | 0.3 | 2,820 | 0.2 | 2,820 | 0.3 | 2,820 | 0.3 | **14,100** | **0.3** |
| Management consultants | 6,509 | 0.6 | 6,509 | 0.6 | 6,509 | 0.6 | 6,509 | 0.6 | 6,509 | 0.6 | **32,543** | **0.6** |
| Utilities | 7,087 | 0.7 | 7,087 | 0.7 | 7,087 | 0.6 | 7,087 | 0.7 | 7,087 | 0.7 | **35,435** | **0.7** |
| Repairs & maintenance | 3,017 | 0.3 | 3,017 | 0.3 | 3,017 | 0.3 | 3,017 | 0.3 | 3,017 | 0.3 | **15,083** | **0.3** |
| Equipment lease | 500 | 0.0 | 500 | 0.0 | 500 | 0.0 | 500 | 0.0 | 500 | 0.0 | **2,500** | **0.0** |
| Travel, meals & entertainment | 300 | 0.0 | 300 | 0.0 | 300 | 0.0 | 300 | 0.0 | 300 | 0.0 | **1,500** | **0.0** |
| Bank charges | 200 | 0.0 | 200 | 0.0 | 200 | 0.0 | 200 | 0.0 | 200 | 0.0 | **1,000** | **0.0** |
| Credit card service charges | 650 | 0.1 | 650 | 0.1 | 650 | 0.1 | 650 | 0.1 | 650 | 0.1 | **3,252** | **0.1** |
| Provider training and education | 2,833 | 0.3 | 2,833 | 0.3 | 2,833 | 0.2 | 2,833 | 0.3 | 2,833 | 0.3 | **14,167** | **0.3** |
| Office supplies | 2,279 | 0.2 | 2,279 | 0.2 | 2,279 | 0.2 | 2,279 | 0.2 | 2,279 | 0.2 | **11,395** | **0.2** |
| Provider dues & membership | 927 | 0.1 | 927 | 0.1 | 927 | 0.1 | 927 | 0.1 | 927 | 0.1 | **4,634** | **0.1** |
| Provider licenses & fees | 2,375 | 0.2 | 2,375 | 0.2 | 2,375 | 0.2 | 2,375 | 0.2 | 2,375 | 0.2 | **11,877** | **0.2** |
| Credentialing software | 1,111 | 0.1 | 1,111 | 0.1 | 1,111 | 0.1 | 1,111 | 0.1 | 1,111 | 0.1 | **5,555** | **0.1** |
| Document storage | 6,577 | 0.6 | 6,577 | 0.6 | 6,577 | 0.6 | 6,577 | 0.6 | 6,577 | 0.6 | **32,886** | **0.6** |
| Document shredding | 934 | 0.1 | 934 | 0.1 | 934 | 0.1 | 934 | 0.1 | 934 | 0.1 | **4,670** | **0.1** |
| Office moving expenses | 1,580 | 0.2 | 1,580 | 0.1 | 1,580 | 0.1 | 1,580 | 0.1 | 1,580 | 0.1 | **7,900** | **0.1** |
| Taxes | 3,275 | 0.3 | 3,275 | 0.3 | 3,275 | 0.3 | 3,275 | 0.3 | 3,275 | 0.3 | **16,373** | **0.3** |
| UST Quarterly Fees | - | - | - | - | - | - | 9,750 | - | - | - | **9,750** | **0.0** |
| Newtek Adequate Protection | 31,852 | 3.1 | 31,852 | 2.9 | 31,852 | 2.8 | 31,852 | 2.9 | 31,852 | 2.9 | **159,259** | **2.9** |
| **Total operating expenses** | 1,205,386 | 116.6 | 1,078,182 | 99.3 | 1,082,602 | 95.2 | 1,078,182 | 99.3 | 1,078,182 | 99.3 | **5,522,534** | **101.7** |
| **Net operating income/cash flow for debt services** | (171,502) | (16.6) | 7,396 | 0.7 | 54,670 | 4.8 | 7,396 | 0.7 | 7,396 | 0.7 | **(94,643)** | **(1.7)** |
| **Other Income** | 212,500 | 20.6 | 204,000 | 18.8 | | - | | - | | - | **416,500** | **7.7** |
| | | | | - | | - | | - | | - | | |
| **Net income** | $ 40,998 | 4.0 | $ 211,396 | 19.5 | $ 54,670 | 4.8 | $ 7,396 | 0.7 | $ 7,396 | 0.7 | **$ 321,857** | **5.9** |