*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 12/30/2015



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:15-9031 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

### ORDER ESTABLISHING BAR DATE FOR FILING OF CLAIMS

This matter is before the Court upon the Debtor's *Motion for Order Establishing Bar Date for Filing of Claims* (the "Motion"). It appearing to the Court that the Motion should be granted and that a bar date for filing of claims against the Debtor should be established,

IT IS HEREBY ORDERED that:

1. The deadline for all nongovernmental creditors to file proofs of claim in this case shall be **April 20, 2016 at 4:00 p.m.**

2. The deadline for all governmental creditors to file proofs of claim in this case shall be **June 15, 2016 at 4:00 p.m.**

3. Proofs of claim or interest shall be filed with the Clerk of this Court, Customs House, 701 Broadway, Nashville, TN 37203.

4. Upon entry of this Order, counsel for the Debtor shall send a copy of this Order by U.S. Mail, postage prepaid, to all creditors in this case and persons who have filed notices of appearance.

5. The notice procedures set forth in this Order are found to be consistent with the Bankruptcy Rules, and upon the Debtor's compliance with the procedures set forth herein, due and adequate notice of the Bar Date shall have been given to all parties holding claims against the Debtor.

6. If a creditor holds a claim against the Debtor which accrued or arose prior to the Petition Date, and such claim (i) is not listed in the Debtor's schedules, (ii) is listed in the Debtor's schedules as contingent, unliquidated or disputed, (iii) is listed in the Debtor's schedules, but the creditor disagrees with the amount or classification as listed in the schedules, or (iv) an allowed exception exists under Bankruptcy Rule 3003(c)(3), then such creditor must file a proof of claim for such claim prior to the applicable Bar Date or such claim will forever be discharged and barred or be no more than, and/or no different in classification than, as listed in the Debtor's schedules.

IT IS SO ORDERED.

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
> AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/ Griffin S. Dunham
Griffin S. Dunham
Elliott Warner Jones
Emerge Law PLC
2021 Richard Jones Road, Suite 240
Nashville, TN 37215
615.953.2682
Fax: 615.953.2955
griffin@emergelaw.net
*Counsel for the Debtor*

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:15-bk-09031   Doc 53   Filed 01/04/16   Entered 01/04/16 07:32:12   Desc Main
Document      Page 2 of 2